UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE ANGEL LOMBERA CORTES,<br><br>Petitioner,<br>v.<br><br>JULIO HERNANDEZ, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-03062-JHC<br><br>JOINT MOTION TO WITHDRAW MOTION FOR TEMPORARY RESTRAINING ORDER & ORDER<br><br>Noted for Consideration:<br>August 28, 2026 |

Petitioner and Federal Respondents move the Court for an order allowing the withdrawal of Petitioner's Motion for Temporary Restraining Order ("TRO"), filed August 28, 2026. Dkt. No. 2. Federal Respondents have confirmed that Petitioner is located at the Northwest ICE Processing Center ("NWIPC"). Pursuant to this Court's Scheduling Order (Dkt. No. 4), Federal Respondents must give 48 or 72 hours' notice prior to any transfer out of the District. If Federal Respondents provide notice of a future transfer, Petitioner may again seek emergency injunctive relief.

DATED this 28th day of August, 2026.

Respectfully submitted,

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Phone: 253-482-3824
Email: michelle.lambert@usdoj.gov

I certify that this memorandum contains 85 words, in compliance with the Local Civil Rules.

*Attorney for Federal Respondents*

*s/ Stephen Robbins*
STEPHEN ROBBINS, WSBA #53398
ROBBINS LAW PLLC
6 South 2nd St Ste 1002
Yakima, WA 98901
Phone: 509-823-4523
Email: stephen@robbinsimmigration.com

*Attorney for Petitioner*

**ORDER**

The parties having stipulated and agreed, it is hereby so **ORDERED**. The TRO is withdrawn. Dkt. No. 2.

DATED this 28th day of August, 2026.

JOHN H. CHUN
United States District Judge