UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE ANGEL LOMBERA CORTES,<br>Petitioner,<br>v.<br>JULIO HERNANDEZ ET AL.,<br>Respondents. | CASE NO. 2:26-cv-03062-JHC<br>ORDER |

This matter comes before the Court on Jose Angel Lombera Cortes's Petition for Writ of Habeas Corpus (Dkt. # 1) and Petitioner's Motion to Voluntarily Dismiss Habeas Petition without Prejudice (Dkt. # 11). Because Petitioner is no longer in the Government's custody, *see* Dkt. ## 8 & 11, the relief requested by the habeas petition has become moot. The Court thus GRANTS Petitioner's Motion (Dkt. # 11), DISMISSES the habeas petition at Dkt. # 1 without prejudice, and DIRECTS the Clerk to close the case.

Dated this 14th day of September, 2026.

John H. Chun
United States District Judge